# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Desmond Hardy, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:22-cv-00242-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Steel, et al, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 14, 2023 Order.

June 14, 2023

_____

Katherine Hord Simon, Acting Clerk
United States District Court